UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                Chapter 13
                                                                        Case No. 07-10065 (MG)

**JULIO E. FUENTES,**

                                               Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(1) in that the debtor has caused unreasonable delay that is prejudicial to creditors.

The Court further finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(6) in that the debtor has failed to remain current in payments to the trustee under a confirmed plan;

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §1307(c)(6), this Chapter 13 case is hereby dismissed.

Dated: New York, New York
          October 16, 2009

                                                    /s/ Martin Glenn
                                             _____
                                             **UNITED STATES BANKRUPTCY JUDGE**